UNITED STATES DISTRICT COURT                    Rev.-Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Moses Perl,

                                    Plaintiff(s),         **CIVIL CASE DISCOVERY PLAN**
                                                          **AND SCHEDULING ORDER**
       - against -

Cohen & Slamowitz, LLP
                                    Defendant(s).         __12__ CV __4796__ (ER)

-------------------------------------------------------------x

       This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.     All parties [consent] [do not consent] to conducting all further proceedings before a
       Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The
       parties are free to withhold consent without adverse substantive consequences. (If
       all parties consent, the remaining paragraphs of this form need not be completed.)

2.     This case [is] [is not] to be tried to a jury.

3.     Joinder of additional parties must be accomplished by _____ 4. 10. 2013

4.     Amended pleadings may be filed until _7 - 1 - 2013_.

5.     Interrogatories shall be served no later than _5- 31- 2013_____, and responses
       thereto shall be served within thirty (30) days thereafter. The provisions of Local
       Civil Rule 33.3 [shall] [shall not] apply to this case.

6.     First request for production of documents, if any, shall be served no later than
       _4-31- 2013_____.

7.     Non-expert depositions shall be completed by _____ 5-10- 7-1 - 2013

       a.     Unless counsel agree otherwise or the Court so orders, depositions shall not
              be held until all parties have responded to any first requests for production
              of documents.

       b.     Depositions shall proceed concurrently.

       c.     Whenever possible, unless counsel agree otherwise or the Court so orders,
              non-party depositions shall follow party depositions.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2013

Copies Mailed/Faxed to Plaintiff
Chambers of Edgardo Ramos
2/26/2013

8.   Any further interrogatories, including expert interrogatories, shall be served no later than ___6-1-13___.

9.   Requests to Admit, if any, shall be served no later than ___6-1-13___.

10.  Expert reports shall be served no later than ___N/A___.

11.  Rebuttal expert reports shall be served no later than ___N/A___.

12.  Expert depositions shall be completed by ___N/A___.

13.  Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.  **ALL DISCOVERY SHALL BE COMPLETED BY** ___8-16-13___.

15.  Any motions shall be filed in accordance with the Court's Individual Practices.

16.  This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.  The Magistrate Judge assigned to this case is the Hon. Paul E. Davison.

18.  If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.  The next case management conference is scheduled for Sep. 10, 2013, at 11:30 am . (The Court will set this date at the initial conference.)

     26 A - Disclosures

SO ORDERED.

Dated: White Plains, New York
       Feb. 26, 2013

                                        _____
                                        Edgardo Ramos, U.S. District Judge